# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE JILL L. BURKHARDT | **ORDER OF TRANSFER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of Magistrate Judge Ruben B. Brooks to the calendar of Magistrate Judge Jill L. Burkhardt for all further proceedings. All conferences or hearing dates previously set before Judge Brooks will remain as scheduled before Judge Burkhardt. Any dates set before the district judge remain unchanged.

| Case No. | Case Name |
|---|---|
| 22cv616-RBB | Tice v. Kijakazi |
| 22cv1853-BEN | Esparza v. FanDuel Inc. et al. |
| 22cv1367-MMA | Bashalim Alomari v. Radel et al. |
| 22cv1259-RSH | Wichhart et al. v. Thor Motor Coach Inc. et al. |

/ / /

/ / /

1 | 22cv141-H        Forbush v. NTI-CA Inc. et al.
2 | 19cv1304-JAH     Lilhyper, Inc. v. United Lift Equipment, LLC et al.

Dated: January 6, 2023

*Ruben Brooks*
Hon. Ruben B. Brooks
United States Magistrate Judge