

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Tice | Civil Action No.   22-cv-00616-JLB |
| Plaintiff, | |
| V. | |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff's merits brief, reverses the decision of the Commissioner, and remands this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Case is closed.

Date:   9/21/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo
L. Sotelo, Deputy